

faegredrinker.com

**Randall E. Kahnke**
Partner
randall.kahnke@faegredrinker.com
+1 612 766 7658 direct

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
+1 612 766 7000 main
+1 612 766 1600 fax

June 1, 2021

**VIA EMAIL**

Paul Christy
13 Delphi Road
Schwenksville, PA
19473
Stpaulc77@gmail.com

RE: *3M's Request for Information and Confirmation of CDT's Legal Obligations*

Dear Mr. Christy:

We represent 3M Company ("3M") in connection with the enforcement of its contractual, intellectual property, and other legal rights. As you know, you are subject to an employment agreement dated December 9, 2011 ("Employment Agreement"). In that agreement, you promised to keep 3M Company's ("3M") proprietary information confidential. In that agreement, you committed not to accept employment with a company that competes with 3M in the area of your employment. We have been informed that, on April 16, 2021, you commenced work with Continental Diamond Tool Corporation ("CDT") without 3M's consent. On that day, we also received a letter from CDT's counsel that claimed – falsely – that CDT was in possession of a document that granted you permission to begin your new employment. **No such permission was ever granted**. 3M objects to your employment in derogation of your Employment Agreement.

3M reserves all of its rights and will take appropriate steps to protect its interests and enforce its contracts and other legal rights. If you have any questions about this matter or would like to connect for a discussion, please contact me as soon as possible. If you are represented by legal counsel relating to this matter, please forward this letter to him or her, and provide me with the attorney's name and address so that we may direct all future correspondence directly to your attorney.

US.131196792.01

Paul Christy — - 2 - — June 1, 2021

Very truly yours,

Randall E. Kahnke

Enclosures