3M General Offices
3M Center
St. Paul, MN 55144-1000
651 733 1110



EXHIBIT
3



July 30, 2021

Chad Wesner
33 Bluebill Ave
Naples, FL 34108

RE: 3M's Exercise of Rights

Dear Mr. Wesner:

We are contacting you to communicate about your ongoing obligations to 3M Company ("3M"). You did not request—and did not receive—a waiver to work at Continental Diamond Tool. Your employment with Continental Diamond Tool directly violates your Employee Agreement with 3M. I've enclosed another copy of the agreement you signed for your reference.

Considering these events, 3M hereby exercises its right under Section 3(F) of your Employee Agreement to require you to turn down your employment with Continental Diamond Tool. Please contact me directly at 651-331-1358 to arrange for 3M to make monthly payments to you equal to your monthly base pay at termination. Of course, to continue to receive these payments, you will need to comply with the other requirements in the Employee Agreement.

3M reserves all of its rights and will take appropriate steps to protect its interests and enforce its contracts and other legal rights. If you have any questions about this matter or would like to connect for a discussion, please contact me as soon as possible.

Very truly yours,

Dustin Wellik
Human Resources Manager
651 331 1358
dlwellik@mmm.com